James Paul BURNS,
Petitioner-Appellant,

v.

W. J. ESTELLE, Jr., Director, Texas Department of Corrections, and Robert Cousins, Warden, Ellis Unit, Texas Department of Corrections, Respondents-Appellees.

No. 78–3109.

United States Court of Appeals,
Fifth Circuit.

June 21, 1979.

Richard J. Clarkson, Beaumont, Tex., for petitioner-appellant.

Joel Berger, New York City Legal Defense Fund and Educational Fund, Inc., NAACP, amicus curiae.

Anita Ashton, Asst. Atty. Gen., Austin, Tex., for respondents-appellees.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion April 11, 1979, 5 Cir., 1979,
592 F.2d 1297).

Before BROWN, Chief Judge, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE and KRAVITCH, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.